**92–2017.** State v. Williams. *Cuyahoga County*, No. 49185.

**92–2027.** Mapes v. L & N Concrete Materials Corp. *Hamilton County*, No. C–910726. RESNICK, J., dissents.

**92–2031.** Hartman v. The Perry House. *Wood County*, No. 92–WD–002. RESNICK, J., not participating.

**92–2035.** DeLuca v. DeLuca. *Hamilton County*, No. C–910805.

**92–2039.** Bonacci v. Ohio Highway Express, Inc. *Cuyahoga County*, No. 60825.

**92–2054.** Prather v. Liberty Mut. Ins. Co. *Cuyahoga County*, No. 60830.

**92–2080.** Jordan v. Elex, Inc. *Hamilton County*, No. C–910223. On motion to certify and cross-motions to certify of Cincinnati and Elex, Inc. Motions overruled. WRIGHT, J., dissents.

## REHEARING DOCKET

**92–1210.** Swinderman v. Dover City School Dist. Bd. of Edn. *Tuscarawas County*, No. 91AP110091. Reported at 65 Ohio St.3d 1453, 602 N.E.2d 250. On motion for rehearing. Rehearing denied.

**92–1547.** Blake v. Faulkner. *Shelby County*, No. 17–91–18. Reported at 65 Ohio St.3d 1453, 602 N.E.2d 250. On motion for rehearing. Rehearing denied.

**92–1655.** Carrelli v. Goodwin. *Clinton County*, No. CA91–08–020. Reported at 65 Ohio St.3d 1454, 602 N.E.2d 250. On motion for rehearing. Rehearing denied. RESNICK, J., dissents.

**92–1721.** Lornic Corp. v. D'Ambrosi. *Mahoning County*, No. 91 C.A. 86. Reported at 65 Ohio St.3d 1454, 602 N.E.2d 251. On motion for rehearing. Rehearing denied.

**92–1770.** Landis v. Hunt. *Franklin County*, No. 91AP–1337. Reported at 65 Ohio St.3d 1458, 602 N.E.2d 254. On motion for rehearing. Rehearing denied. RESNICK, J., not participating.

**92–1772.** Solon Chamber of Commerce v. Women's Gen. Hosp. *Cuyahoga County*, Nos. 60523 and 60621. Reported at 65 Ohio St.3d 1458, 602 N.E.2d 254. On motion for rehearing. Rehearing denied.

*Monday, December 21, 1992*

## MOTION DOCKET

**92–847.** State v. Lessin. *Cuyahoga County*, No. 61106. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of appellant's motion for permission to leave Cuyahoga County to visit appellant's parents in California,

IT IS ORDERED by the court that said motion be, and the same is hereby, denied, effective December 18, 1992.

DOUGLAS and WRIGHT, JJ., dissent.

**92–2297.** In re Estate of Grimm. *Hamilton County*, No. C–920324. This cause is pending before the court on the filing of a motion for an order directing the Court of Appeals for Hamilton County to certify its record. Upon consideration of appellant's motion for extension to file for reconsideration of the court's ruling on motion to withdraw as counsel,

IT IS ORDERED by the court that said motion for extension be, and the same is hereby, denied, effective December 17, 1992.